IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

In re:

JAMES EDWARD MYERS,
JACQUELINE JAMES MYERS

Debtors.

Case No. 15-30010-can-13
Chapter 13

## AMENDED CHAPTER 13 PLAN AND PLAN SUMMARY
## AS OF MARCH 24, 2015

COMES NOW debtors, James and Jacqueline Myers, by and through their counsel of record, and amend their Chapter 13 Plan to reflect the following:

1. Debtors' Plan payment shall be $3,250.00 per month.

2. Debtors' Plan payment shall increase to $3,600.00 per month beginning with their July 2015 plan payment.

3. All other provisions of the debtor's Plan shall remain the same.

BHEND LAW OFFICE

By:    /s/ *Jonathan D, Bhend*
Jonathan D. Bhend, MO#53817
1801 West 32nd Street, Bldg. B Ste. 204
Joplin, MO 64804
417-623-3529
Fax: 417-623-3536

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served through the Court's ECF filing system on the same date as filing.

/s/ Jonathan D. Bhend
Jonathan D. Bhend