IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

In re:

JAMES EDWARD MYERS,
JACQUELINE JAMES MYERS

Debtors.

Case No. 15-30010-can-13
Chapter 13

## AMENDED CHAPTER 13 PLAN AND PLAN SUMMARY
## AS OF NOVEMBER 2, 2015

COMES NOW debtors, James and Jacqueline Myers, by and through their counsel of record, and amend their Chapter 13 Plan to reflect the following:

1.  Debtors' Plan payment shall lower to $3,250.00 per month for the months of November and December 2015.

2.  Debtors' Plan payment shall increase to $3,900.00 per month beginning with their January 2016 plan payment.

3.  All other provisions of the debtor's Plan shall remain the same.

BHEND LAW OFFICE

By:    /s/ *Jonathan D, Bhend*
       Jonathan D. Bhend, MO#53817
       1801 West 32nd Street, Bldg. B Ste. 204
       Joplin, MO 64804
       417-623-3529
       Fax: 417-623-3536

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that a copy of the foregoing was served through the Court's ECF filing system on the same date as filing.

                                         */s/ Jonathan D. Bhend*
                                         Jonathan D. Bhend