**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | James Edward Myers |
| Debtor 2 (Spouse, if filing) | Jacqueline James Myers |
| United States Bankruptcy Court for the: | Western District of Missouri |
| Case number | 15-30010 |

Official Form 410S1

# Notice of Mortgage Payment Change         12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** US Bank Trust National Association, ET AL

**Court claim no.** (if known): 10-1

**Last 4 digits** of any number you use to identify the debtor's account: 4 7 1 8

**Date of payment change:**
Must be at least 21 days after date of this notice: 04/01/2019

**New total payment:** $ 945.12
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☑ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ _____    New escrow payment: $ _____

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☐ No
   ☑ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: 8.75 %    New interest rate: 9.00 %
   Current principal and interest payment: $ 774.01    New principal and interest payment: $ 787.09

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____    New mortgage payment: $ _____

Debtor 1  **James Edward Myers**
First Name   Middle Name   Last Name

Case number (*if known*) 15-30010

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

☒ /S/ Adam J. Garcia
Signature

Date 02/14/2019

Print: **Adam    J.    Garcia**
First Name   Middle Name   Last Name

Title **Bankruptcy Asset Manager**

Company **SN Servicing Corporation**

Address **323    5th Street**
Number   Street

**Eureka    CA    95501**
City   State   ZIP Code

Contact phone **(800) 603 0836**

Email **bknotices@snsc.com**

Michelle R. Ghidotti-Gonsalves, Esq. (SBN 27180)
GHIDOTTI | BERGER LLP
1920 Old Tustin Ave.
Santa Ana, CA 92705
Ph: (949) 427-2010
Fax: (949) 427-2732
mghidotti@ghidottilaw.com

Attorney for Creditor
U.S. Bank Trust National Assoiciation, as Trustee of the Preston Ridge Partners Investments II Trust

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI - JOPLIN DIVISION

| | |
|---|---|
| In Re: | CASE NO.: 15-30010-can13 |
| James Edward Myers, <br> Jacqueline James Myers | CHAPTER 13 |
| Debtors. | **CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action. My business address is: 1920 Old Tustin Avenue, Santa Ana, CA 92705.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

On February 15, 2019 I served the following documents described as:

- **NOTICE OF MORTGAGE PAYMENT CHANGE**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| **Debtor**<br>James Edward Myers<br>3822 Poplar Drive<br>Joplin, MO 64804<br><br>**Debtor**<br>Jacqueline James Myers<br>3822 Poplar Drive<br>Joplin, MO 64804 | **Debtor's Counsel**<br>Jonathan D. Bhend<br>Bhend Law Office<br>1801 West 32nd Street<br>Building B, Suite 204<br>Joplin, MO 64804<br><br>**Trustee**<br>Richard Fink<br>Suite 1200<br>2345 Grand Blvd.<br>Kansas City, MO 64108-2663 |
|---|---|

__xx___ (By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____ Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx__ (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 15, 2019 at Santa Ana, California

/s / Enrique Alarcon
Enrique Alarcon

2
CERTIFICATE OF SERVICE